**Rodney C. MATTHEWS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2006–3035.

United States Court of Appeals, Federal Circuit.

July 14, 2006.

*ORDER*

Rodney C. Matthews has complied with the court's order of June 1, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 30, 2005 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) The United States Postal Service brief is due within 40 days of the date of filing of this order.